**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Cr. No. H-26-0033**

**KANE JAMES KELLUM**

**JOINT MOTION TO RECONSIDER MOTION TO CONTINUE**

Defendant Kane James Kellum moves this Court for a 60-day continuance of all dates, and he respectfully shows as follows:

Mr. Kellum is charged with sexual exploitation of children, in violation of 18 U.S.C. §§ 2251(a) and (e); obscene visual representations of the sexual abuse of children, in violation of 18 U.S.C. §1466A(a)(1); receipt of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(b)(1); and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2). The pretrial motions deadline was June 18, 2026; the pre-trial conference is set for July 28, 2026, at 2:00 p.m., and jury trial is set for August 3, 2026, at 10:00 a.m.

In the Court's denial of the Second Motion to Continue, the Court noted that it understood the reasons for the second continuance to be the same as the reasons for the first continuance request. As explained below, there are several circumstances that necessitate additional time that were not present at the time of the first continuance request.

First, additional discovery was provided to undersigned counsel on June 26, 2026. That discovery was not available prior to the first continuance request. The additional discovery includes numerous videos, including footage from several interviews with Mr. Kellum. It also includes allegations of additional conduct that have the potential to result in additional charges or to be used at trial and sentencing as relevant conduct in the federal case. In addition to the delayed receipt of the new discovery, undersigned counsel has had insufficient time to review this discovery and meet with Mr. Kellum regarding the new materials. Undersigned counsel was in trial with this honorable Court from July 13, 2026 through July 17, 2026. As a result, trial preparations delayed counsel's ability to meet with Mr. Kellum for an in-depth review of the new discovery.

Moreover, over the course of the past few months, the parties have engaged in ongoing negotiations regarding resolution of the case without the need for trial. However, the government's formal plea offer to Mr. Kellum was not made until June 29, 2026. Given the nature of the charges in the case, and the substantial amount of time Mr. Kellum faces, undersigned counsel respectfully submits that more time is appropriate for him to make a decision about how to resolve his case.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the

continuance would deprive defense counsel of sufficient time to prepare for trial.

The government joins in this motion to reconsider and continue trial in this case.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By: /s/ Heather Hughes
HEATHER HUGHES
Assistant Federal Public Defender
Southern District of Texas No. 3473328
Texas State Bar No. 24116543
440 Louisiana, Suite 1350
Houston, Texas 77002
Telephone: 713.718.4600
Fax: 713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Luis Batarse and determined that this is a joint motion with counsel for the government.

By: /s/ Heather Hughes
HEATHER HUGHES

## CERTIFICATE OF SERVICE

I certify that on July 20, 2026, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney, Luis Batarse.

By: /s/ Heather Hughes
HEATHER HUGHES